[No. 5423–1. Division One. April 3, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. DUKE CLARENCE SCROGGINS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 78177, Peter K. Steere, J., entered February 23, 1977. *Affirmed* by unpublished per curiam opinion.

[No. 5529–1. Division One. April 3, 1978.]

*In the Matter of the Welfare of* ROBERTA LOPEZ.

· Appeal from a judgment of the Superior Court for King County, No. J–78440, Janice Niemi, J., entered March 22, 1977. *Affirmed* by unpublished per curiam opinion.

[No. 2537–2. Division Two. April 4, 1978.]

HELEN H. OMER, *Appellant,* v. DANIEL OMER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 204618, E. Albert Morrison, J., entered August 10, 1976. *Reversed* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Reed, JJ.